

The following constitutes the order of the court.
Signed August 15, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

```
In re                           |
                                |   No. 92-44414
Sonja C. Hahnel,                |
William G. Hahnel,              |   Chapter 7
                                |
        Debtors.                |
_____|
                                |
Harlan Carlson,                 |
Marsha Carlson,                 |
                                |
        Plaintiffs,             |   Adv. Pro. No. 95-04576
                                |
        v.                      |
                                |
Sonja C. Hahnel,                |
William G. Hahnel,              |
                                |
        Defendants.             |
_____|
```

**MEMORANDUM REGARDING ORDER AFTER HEARING**

On May 6, 2015, the court reopened this adversary proceeding and a related bankruptcy case. On May 18, 2015, the Defendants filed a motion to vacate dismissal and dismiss the adversary

1

proceeding.  The Plaintiffs filed an opposition to the motion on June 18, 2015.  A hearing was held on July 22, 2015, and the appearances made at the hearing were noted on the record.  At the conclusion of the hearing, the court granted the Defendants' motion, and directed Defendants' counsel to submit a proposed order to the court.  A proposed order was submitted to the Clerk of Court on July 31, 2015, and defendant's counsel also submitted with the order a copy of a letter dated July 29, 2015, from Defendants' counsel to Plaintiffs' counsel regarding the form and content of the proposed order.  The proposed order attached to the letter is identical to the proposed order submitted to the court.

    After reviewing the letter, it is not clear to the court if a dispute exists regarding the form and content of the order.  The court will enter the proposed order submitted by Defendants' counsel if a response to the July 29 letter is not filed within 5 business days of the entry of this Memorandum.  If any party would like to discuss the form and content of the order, the party can request a status conference be scheduled.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Joshua D. Brysk
Law Offices of James G. Schwartz
7901 Stoneridge Dr. #401
Pleasanton, CA 94588

Erik A. Humber
Law Offices of Erik A. Humber
145 A St.
P.O. Box 440
Point Reyes Station, CA 94956